# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| DENVER W. BLEVINS, | ) | |
| | ) | JUDGMENT IN CASE |
| Petitioner, | ) | |
| | ) | 5:21-cv-00146-MR |
| vs. | ) | |
| | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 27, 2021 Order.

October 27, 2021

*Frank G. John*

Frank G. Johns, Clerk
United States District Court